# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 0470809EP

**SUBJECT**
- Property Address: 7917 SALLY IRENE CT
- City: LAS VEGAS
- State: NV
- Zip Code: 89113-1759
- County: CLARK
- Legal Description: LOT 9 BLOCK 1 QUAILS RUN UNIT 2
- Assessor's Parcel #: 163-33-612-009
- Tax Year: 09/10
- R.E. Taxes: $ 2,668.68
- Special Assessments: $ N/A
- Borrower (if applicable): PEARSON
- Current Owner of Record: PEARSON
- Occupant: ☒ Owner ☐ Tenant ☐ Vacant
- Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)
- HOA: $ N/A ☐ per year ☐ per month
- Market Area Name: QUAILS RUN
- Map Reference: METRO: 62-F5
- Census Tract: 0029.60
- Appraiser: EDWARD PARRIS
- Client: JAYSON PEARSON
- Address: 800 N RAINBOW BLVD, SUITE 148, LAS VEGAS, NV 89107

**ASSIGNMENT**
- Intended User(s) (by name or type): JAYSON PEARSON
- Intended Use: The intended use is to evaluate the property that is the subject of this appraisal subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional intended users are identified.
- The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
- This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
- Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

**MARKET AREA DESCRIPTION**

| Location: | ☒ Urban ☐ Suburban ☐ Rural | Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | Property values: | ☐ Increasing ☒ Stable ☐ Declining | Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. |

One-Unit Housing:
- PRICE $(000): Low 85 / High 200 / Pred 2,000
- AGE (yrs): Low 1 / High 35 / Pred 6

Present Land Use:
- One-Unit 75% / 2-4 Unit 0% / Multi-Unit 5% / Comm'l 10% / VACANT 10%

Change in Land Use: ☒ Not Likely ☐ Likely * ☐ In Process *  *To:

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): TROPICANA AVENUE TO THE NORTH, SUNSET ROAD TO THE SOUTH, JONES BLVD TO THE EAST AND HUALAPAI WAY TO THE WEST. AT PRESENT, INVENTORY IS EXCEEDING DEMAND. INTEREST RATES ARE RELATIVELY LOW AND A STABLE EMPLOYMENT MARKET IS EVIDENT. NO UNUSUAL CONDITIONS OR CONCESSIONS ARE INDICATED AT THIS TIME. STEADY PRICE DECREASES HAVE BEEN THE TREND DUE TO FORECLOSURES WITHIN THE MARKET.

**SITE DESCRIPTION**
- Dimensions: 60 X 103 - PLAT
- Site Area: 6,186 SF PER ASSESSOR
- Zoning Classification: R-1
- Description: SFR @ 4.5 RAC
- Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
- Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown    Have the documents been reviewed? ☒ Yes ☐ No    Ground Rent (if applicable) $
- Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)
- Actual Use as of Effective Date: SFR    Use as appraised in this report: SFR
- Summary of Highest & Best Use: SUBJECTS PRESENT USE IS LEGALLY PERMISSIBLE, PHYSICALLY POSSIBLE, FINANCIALLY FEASIBLE AND MAXIMALLY PRODUCTIVE.

Utilities:
| | Public | Other | Provider/Description |
|---|---|---|---|
| Electricity | ☒ | ☐ | NVENERGY |
| Gas | ☒ | ☐ | SOUTHWEST GAS |
| Water | ☒ | ☐ | WATER DISTRICT |
| Sanitary Sewer | ☒ | ☐ | N. LAS VEGAS |

Off-site Improvements:
| | Type | Public | Private |
|---|---|---|---|
| Street | ASPHALT | ☒ | ☐ |
| Curb/Gutter | CONCRETE | ☒ | ☐ |
| Sidewalk | CONCRETE | ☒ | ☐ |
| Street Lights | ELECTRIC | ☒ | ☐ |
| Alley | N/A | ☐ | ☐ |

Topography: LEVEL
Size: 6,186 SF
Shape: RECTANGLE
Drainage: APPEARS ADEQUATE
View: RESIDENTIAL

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 32003C2535E  FEMA Map Date 9/27/2002
Site Comments: NO APPARENT ADVERSE EASEMENTS, SPECIAL ASSESSMENTS, SLIDE AREAS OR ILLEGAL NONCONFORMING ZONING, ETC. NOTED. FLOOD ZONE INFORMATION OBTAINED THROUGH THE INTERNET DATA FLOOD SEARCH SERVICE PROVIDED THROUGH ALAMODE SOFTWARE FOR LOAN PURPOSES. THE LENDER/CLIENT OBTAINS FLOOD ZONE CERTIFICATIONS FROM A THIRD PARTY VENDOR

**DESCRIPTION OF THE IMPROVEMENTS**

General Description:
- # of Units: 1 ☐ Acc.Unit
- # of Stories: TWO
- Type: ☒ Det. ☐ Att.
- Design (Style): 2 STORY
- ☒ Existing ☐ Proposed ☐ Und.Cons.
- Actual Age (Yrs.): 8
- Effective Age (Yrs.): 8

Exterior Description:
- Foundation: CONCRETE
- Exterior Walls: FRAME/STUC
- Roof Surface: CONC.TILE
- Gutters & Dwnspts.: BOTH/FRONT
- Window Type: DUAL PANE
- Storm/Screens: YES/GOOD

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)

Foundation:
- Slab: CONCRETE
- Crawl Space: YES
- Basement: NO
- Sump Pump: ☐
- Dampness: ☐
- Settlement: ☐
- Infestation: N/A
- Area Sq.Ft: N/A
- % Finished: N/A
- Ceiling: N/A
- Walls: N/A
- Floor: N/A
- Outside Entry: N/A

Basement: ☒ None

Attic: ☒ None
- Stairs: ☐
- Drop Stair: ☒
- Scuttle: ☒
- Doorway: ☐
- Floor: ☐
- Heated: ☐
- Finished: ☐

Heating: CENTRAL  Type: FAU  Fuel: GAS
Cooling: A/C  Central: YES  Other:

Appliances:
- Refrigerator ☒
- Range/Oven ☒
- Disposal ☒
- Dishwasher ☒
- Fan/Hood ☒
- Microwave ☒
- Washer/Dryer ☐

Amenities:
- Fireplace(s) # ☐
- Patio COVERED
- Deck ☐
- Porch COVERED
- Fence YES
- Pool NO
- Woodstove(s) # ☐

Car Storage: ☐ None
- Garage # of cars ( 8 Tot)
- Attach. ☒
- Detach. ☐
- Blt-In ☐
- Carport ☐
- Driveway 5
- Surface CONCRETE

Finished area above grade contains: 8 Rooms  3 Bedrooms  2,979 Square Feet of Gross Living Area Above Grade

Interior Description:
- Floors: CRPT/TILE/AVG
- Walls: DRYWALL/AVG
- Trim/Finish: WOOD/AVERAGE
- Bath Floor: TILE/AVERAGE
- Bath Wainscot: CLT MRB/FBGLSS
- Doors: HOLLOW CORE

Bath(s): 5

Additional features: NO SPECIAL ENERGY ITEMS NOTED.

Describe the condition of the property (including physical, functional and external obsolescence): THE HOME HAS BEEN MAINTAINED. NORMAL PHYSICAL DEPRECIATION. THE QUALITY OF CONSTRUCTION IS TYPICAL OF COST CLASSIFICATION. NO ADVERSE FUNCTIONAL OR EXTERNAL INFLUENCES OBSERVED. THE LOWER BATH SINK FIXTURE IS MISSING DUE TO ONGOING REPAIR WORK. THIS IS COSMETIC IN NATURE AND IS CONSIDERED IN OVERALL CONDITION.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007



# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 0470809EP

## TRANSFER HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): MLS/PUBLIC RECORD
1st Prior Subject Sale/Transfer
- Date: 01/06
- Price: $450,000
- Source(s): PUBLIC RECORDS

2nd Prior Subject Sale/Transfer
- Date: 06/01
- Price: $211,609
- Source(s): PUBLIC RECORDS

Analysis of sale/transfer history and/or any current agreement of sale/listing: TRANSFER INFORMATION IS BEYOND REQUIRED REPORTING AND WAS OBTAINED FROM PUBLIC RECORDS, PARTICULARS UNKNOWN.

## SALES COMPARISON APPROACH

SALES COMPARISON APPROACH TO VALUE (if developed) [ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE #1 | | COMPARABLE SALE #2 | | COMPARABLE SALE #3 | |
|---|---|---|---|---|---|---|---|
| Address | 7917 SALLY IRENE CT LAS VEGAS, NV 89113-1759 | 9821 SEDONA SHRINE AVE LAS VEGAS, NV 89148 | | 5498 PEACE RIVER COURT LAS VEGAS, NV 89148 | | 9628 SCRUB JAY COURT LAS VEGAS, NV 89148 | |
| Proximity to Subject | | 2.69 miles NW | | 2.79 miles W | | 2.22 miles W | |
| Sale Price | $ | $ | 258,000 | $ | 255,000 | $ | 265,000 |
| Sale Price/GLA | $ N/A /sq.ft. | $ 84.98 /sq.ft. | | $ 93.68 /sq.ft. | | $ 82.22 /sq.ft. | |
| Data Source(s) | INSPECTION | MLS #907719 / DOM: 111 | | MLS #927716 / DOM: 10 | | MLS #901646 / DOM: 105 | |
| Verification Source(s) | PUBLIC RECORDS | DOC: 20090716:2930 | | DOC: 20090605/4638 | | DOC: 20061809:3537 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | FHA/SELLER | | CNV/SELLER | | FHA | |
| Concessions | N/A | PAID 1% | | PAID 3% | | NONE KNOWN | |
| Date of Sale/Time | N/A | COE 07/16/09 | | COE 06/05/09 | | COE 06/18/09 | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | SUBURBAN | SIMILAR | | SIMILAR | | SIMILAR | |
| Site | 6,186 SF | 5,227 SF | | 6,098 SF | | 6,534 SF | |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design (Style) | 2 STORY | 2 STORY | | 2 STORY | | 2 STORY | |
| Quality of Construction | FRAME/AVG | FRAME/AVG | | FRAME/AVG | | FRAME/AVG | |
| Age | 8 | 5 | | 5 | | 4 | |
| Condition | AVERAGE | SUPERIOR | -5,000 | SUPERIOR | -5,000 | SIMILAR | |
| Above Grade | Total 8 Bdrms 5 Baths 3 | Total 10 Bdrms 6 Baths 4 | | Total 7 Bdrms 4 Baths 2.5 | | Total 9 Bdrms 5 Baths 3 | |
| Gross Living Area | 2,979 sq.ft. | 3,036 sq.ft. | 0 | 2,722 sq.ft. | +10,280 | 3,223 sq.ft. | -9,760 |
| Basement & Finished Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | CENTRAL | |
| Energy Efficient Items | TYPICAL | SIMILAR | | SIMILAR | | SIMILAR | |
| Garage/Carport | 3 GARAGE | 3 GARAGE | | 3 GARAGE | | 2 GARAGE | +5,000 |
| Porch/Patio/Deck | PORCH/PATIO EXTRAS | SIMILAR | | UNCOVERED PAT | +3,000 | SIMILAR | |
| | | SUPERIOR | -5,000 | SUPERIOR | -5,000 | SUPERIOR | -5,000 |
| Net Adjustment (Total) | | [ ]+ [X]− $ | -5,000 | [X]+ [ ]− $ | 3,280 | [ ]+ [X]− $ | -9,760 |
| Adjusted Sale Price of Comparables | | $ | 253,000 | $ | 258,280 | $ | 255,240 |

Summary of Sales Comparison Approach CITED SALES ARE BELIEVED TO BE THE BEST AND MOST MEANINGFUL DATA AVAILABLE TO DATE. ALL OF THE SALES WERE GIVEN CONSIDERATION IN THE ANALYSIS AND WERE ADJUSTED FOR DISSIMILARITIES NOTED. THE APPRAISER COULD NOT FIND ANY EVIDENCE THAT THE MARKET WOULD ADJUST FOR VIEW (AS IT WAS ADDRESSED IN SITE VALUES). SALE 1 IS SIMILAR TO THE SUBJECT WITH REGARD TO GROSS LIVING AREAS, THUS, NO ADJUSTMENT WAS WARRANTED FOR DIFFERENCES IN SQUARE FOOTAGE. SINCE BUYERS OF SIMILAR 5 BEDROOM HOMES WOULD LIKELY CROSS OVER TO A 4 OR 6 BEDROOM RESIDENCE IN THIS MARKET, NO ADJUSTMENT IS WARRANTED FOR BEDROOM COUNT. SALES MAY BE OVER 1 MILE AWAY BUT APPEAL TO THE SAME BUYER PROFILE AND HAVE SIMILAR LOCATIONAL INFLUENCE. THEY WERE USED DUE TO A LACK OF CLOSER AND BETTER SALES AVAILABLE AS OF THE DATE OF REPORT.

Indicated Value by Sales Comparison Approach $ 255,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 0470809EP

## COST APPROACH TO VALUE (if developed)   ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): THE LAND TO IMPROVEMENT RATIO IS TYPICAL FOR THE AREA, DUE TO A LACK OF COMPARABLE VACANT LAND SALES, THE LAND VALUE WAS DERIVED BY THE ABSTRACTION METHOD, BECAUSE THERE IS INSUFFICIENT MARKET EVIDENCE TO CREDIBLY SUPPORT THE SITE VALUE DERIVATION OF TOTAL DEPRECIATION THE COST APPROACH IS NOT RELIABLE AND NOT CONSIDERED IN THE FINAL ANALYSIS.

Comments on Cost Approach (gross living area calculations, depreciation, etc.):
N/A

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ |
|---|---|---|
| Source of cost data: N/A | DWELLING    Sq.Ft. @ $ | = $ |
| Quality rating from cost service: N/A   Effective date of cost data: N/A |    N/A Sq.Ft. @ $ | = $ |
| | Sq.Ft. @ $ | = $ |
| | Sq.Ft. @ $ | = $ |
| | Sq.Ft. @ $ | = $ |
| | Garage/Carport    Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | = $ |
| | Less   Physical   Functional   External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | = $ |
| | "As-is" Value of Site Improvements | = $ |
| Estimated Remaining Economic Life (if required): 52 Years | INDICATED VALUE BY COST APPROACH | = $ |

## INCOME APPROACH TO VALUE (if developed)   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____   X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

## PUD   PROJECT INFORMATION FOR PUDs (if applicable) ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 255,000   Cost Approach (if developed) $ _____   Income Approach (if developed) $ _____

Final Reconciliation MOST CONSIDERATION GIVEN TO THE SALES COMPARISON APPROACH AS IT INDICATES VALUES BUYERS AND SELLER ARE WILLING TO ACCEPT IN THE MARKET PLACE. THE COST APPROACH WAS NOT NECESSARY DUE TO ADEQUATE AND CREDIBLE SALES ACTIVITY. THE INCOME APPROACH NOT RELIABLE, HOMES ARE MARKETED FOR USE AS PRIMARY RESIDENCES.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 255,000 , as of: August 14, 2009 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 15 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work                ☐ Limiting Cond./Certifications    ☐ Narrative Addendum       ☒ Photograph Addenda       ☒ Sketch Addendum
☒ Map Addenda                  ☒ Additional Sales                 ☐ Cost Addendum            ☐ Flood Addendum           ☐ Manuf. House Addendum
☒ Hypothetical Conditions      ☒ Extraordinary Assumptions        ☐                          ☐                          ☐

Client Contact: JAYSON PEARSON   Client Name: JAYSON PEARSON
E-Mail:                           Address: 7917 SALLY IRENE CT, LAS VEGAS, NV 89113

## APPRAISER                                                        SUPERVISORY APPRAISER (if required)
                                                                    or CO-APPRAISER (if applicable)

Appraiser Name: EDWARD PARRIS                                       Supervisory or Co-Appraiser Name:
Company: APPRAISERS OF LAS VEGAS                                    Company:
Phone: 702-253-9872            Fax:                                 Phone:                              Fax:
E-Mail: efp5@cox.net                                                E-Mail:
Date of Report (Signature): August 14, 2009                         Date of Report (Signature):
License or Certification #: A.0000325         State: NV             License or Certification #:         State:
Designation: CERTIFIED RESIDENTIAL                                  Designation:
Expiration Date of License or Certification: JUNE 30, 2011          Expiration Date of License or Certification:
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None   Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: August 14, 2009                                 Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                                                                  3/2007

# ADDITIONAL COMPARABLE SALES

File No.: 0470809EP

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 7917 SALLY IRENE CT LAS VEGAS, NV 89113-1759 | 7944 W PATRICK LANE LAS VEGAS, NV 89113 | | 6072 SPRING RANCH PKWY LAS VEGAS, NV 89118 | | | |
| Proximity to Subject | | 0.08 miles SW | | 1.97 miles E | | | |
| Sale Price | $ | $ 259,000 | | $ 249,990 | | $ | |
| Sale Price/GLA | $ N/A /sq.ft. | $ 83.41 /sq.ft. | | $ 84.77 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | INSPECTION | MLS #963121 | | MLS #919193 | | | |
| Verification Source(s) | PUBLIC REC. | PUBLIC RECORDS | | PUBLIC RECORDS | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/A | ACTIVE LIST | | ACTIVE LIST | | | |
| Date of Sale/Time | N/A | ACTIVE LIST | | ACTIVE LIST | | | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | | |
| Location | SUBURBAN | SIMILAR | | SIMILAR | | | |
| Site | 6,186 SF | 7,220 SF | | 7,514 SF SF | | | |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | | |
| Design (Style) | 2 STORY | 2 STORY | | 2 STORY | | | |
| Quality of Construction | FRAME/AVG | FRAME/AVG | | FRAME/AVG | | | |
| Age | 8 | 7 | | 12 | | | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 8 | 5 | 3 | 9 | 5 | 3 | 7 | 4 | 2.5 | | | |
| Gross Living Area | 2,979 sq.ft. | 3,105 sq.ft. | 0 | 2,949 sq.ft. | 0 | sq.ft. | |
| Basement & Finished Rooms Below Grade | N/A | N/A | | N/A | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | | |
| Energy Efficient Items | TYPICAL | SIMILAR | | SIMILAR | | | |
| Garage/Carport | 3 GARAGE | 2 GARAGE | +5,000 | 2 GARAGE | +5,000 | | |
| Porch/Patio/Deck | PORCH/PATIO | SIMILAR | | SIMILAR | | | |
| | EXTRAS | SIMILAR | | SIMILAR | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 5,000 | ☒ + ☐ - | $ 5,000 | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | | $ 264,000 | | $ 254,990 | | $ |

Summary of Sales Comparison Approach   COMPARABLES 4 AND 5 ARE ACTIVE LISTINGS. C.4 WAS OFFERED ON 08/12/09 AND C. 5 WAS OFFERED ON 03/18/09. BOTH RETAIN ORIGINAL ASKING PRICES

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 (AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

File No. 0470809EP| Page #4

# Supplemental Addendum

File No. 0470809EP

| Borrower/Client | PEARSON | | | | |
|---|---|---|---|---|---|
| Property Address | 7917 SALLY IRENE CT | | | | |
| City | LAS VEGAS | County | CLARK | State NV | Zip Code 89113-1759 |
| Lender | JAYSON PEARSON | | | | |

### Clarification on Statement of Assumptions and Limiting Conditions #3 Page 4

Reporting for FEMA Special Flood Hazard Area was obtained through an internet data source provide by ala mode appraisal software. By direction of lender/client, the appraiser reports what can be determined through the internet data source but does not examine or include available flood maps developed by FEMA. The lender/client obtains flood zone certification from a third party vendor.

### Clarification on Certification #2, Page 5

"I performed a complete visual inspection of the interior and exterior areas of the subject property..."
A complete visual inspection includes areas "readily observable" defined as observations made by the appraiser of conditions that are immediately discernible and noticeable during the typical site visit. The appraiser is not required to move furniture, equipment or cause damage to the property. I am not a home or environmental inspector. This report should not be used to disclose any conditions present in the subject property nor does it guarantee that the property is free of defects or environmental problems.

### THE REPORT IS COMPLETED UNDER THE EXTRAORDINARY ASSUMPTION THAT

-TITLE AND LEGAL DESCRIPTION IS CORRECT
-PROPERTY IS APPRAISED FREE AND CLEAR OF LIENS
- FACTUAL INFORMATION RECEIVED FROM OTHERS IS CORRECT
-ENGINEERING IS CORRECT
-THERE ARE NO HIDDEN DEFECTS IN THE SOIL
-THERE ARE NO ENCROACHMENTS
-THERE ARE NO HAZARDOUS SUBSTANCES AFFECTING THE PROPERTY

# Building Sketch

| Borrower/Client | PEARSON | | |
|---|---|---|---|
| Property Address | 7917 SALLY IRENE CT | | |
| City | LAS VEGAS | County CLARK | State NV | Zip Code 89113-1759 |
| Lender | JAYSON PEARSON | | |



### Area Calculations Summary

| Living Area | | | |
|---|---|---|---|
| First Floor | | 1269 Sq ft | |
| Second Floor | | 1787 Sq ft | |
| | | −77 Sq ft | |
| **Total Living Area (Rounded):** | | **2979 Sq ft** | |
| Non-living Area | | | |
| 3 Car Attached | | 544 Sq ft | |
| Covered Patio | | 430 Sq ft | |
| Porch | | 108 Sq ft | |

### Calculation Details

| First Floor | 21 × 20 = | 420 |
| | 25 × 23 = | 575 |
| | 17 × 14 = | 238 |
| | 4 × 9 = | 36 |
| Second Floor | 45 × 37 = | 1665 |
| | 5 × 14 = | 70 |
| | 4 × 13 = | 52 |
| | 11 × 7 = | 77 |
| 3 Car Attached | 20 × 20 = | 400 |
| | 8 × 18 = | 144 |
| Covered Patio | 10 × 43 = | 430 |
| Porch | 8 × 8 = | 64 |
| | 4 × 11 = | 44 |

# Location Map

| | |
|---|---|
| Borrower/Client | PEARSON |
| Property Address | 7917 SALLY IRENE CT |
| City | LAS VEGAS | County CLARK | State NV | Zip Code 89113-1759 |
| Lender | JAYSON PEARSON |

Comparable # 3
9628 SCRUB JAY COURT
2.22 miles W

Comparable # 2
5498 PEACE RIVER COURT
2.29 miles W

Comparable # 1
9821 SEDONA SHRINE AVE
2.69 miles NW

Subject
7917 SALLY IRENE CT

Comparable # 4
7944 W PATRICK LANE
0.06 miles SW

Comparable # 5
6072 SPRING RANCH PKWY
1.97 miles E

Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 047080909EP | Page #7

## Plat Map

| Borrower/Client | PEARSON | | | | |
|---|---|---|---|---|---|
| Property Address | 7917 SALLY IRENE CT | | | | |
| City | LAS VEGAS | County | CLARK | State | NV | Zip Code | 89113-1759 |
| Lender | JAYSON PEARSON | | | | |

## Subject Photo Page

| | |
|---|---|
| Borrower/Client | PEARSON |
| Property Address | 7917 SALLY IRENE CT |
| City | LAS VEGAS | County CLARK | State NV | Zip Code 89113-1759 |
| Lender | JAYSON PEARSON |

### Subject Front



| | |
|---|---|
| 7917 SALLY IRENE CT | |
| Sales Price | N/A |
| Gross Living Area | 2,979 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3 |
| Location | SUBURBAN |
| View | RESIDENTIAL |
| Site | 6,186 SF |
| Quality | FRAME/AVG |
| Age | 8 |

### Subject Rear



### Subject Street



Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 0470809FP Page #9



| | | |
|---|---|---|
| Borrower/Client | PEARSON | |
| Property Address | 7917 SALLY IRENE CT | |
| City | LAS VEGAS | County CLARK    State NV    Zip Code 89113-1759 |
| Lender | JAYSON PEARSON | |

## Comparable Photo Page



### Comparable 1
9821 SEDONA SHRINE AVE
- Prox. to Subject: 2.69 miles NW
- Sales Price: 258,000
- Gross Living Area: 3,036
- Total Rooms: 10
- Total Bedrooms: 6
- Total Bathrooms: 4
- Location: SIMILAR
- View: RESIDENTIAL
- Site: 5,227 SF
- Quality: FRAME/AVG
- Age: 5



### Comparable 2
5498 PEACE RIVER COURT
- Prox. to Subject: 2.79 miles W
- Sales Price: 255,000
- Gross Living Area: 2,722
- Total Rooms: 7
- Total Bedrooms: 4
- Total Bathrooms: 2.5
- Location: SIMILAR
- View: RESIDENTIAL
- Site: 6,098 SF
- Quality: FRAME/AVG
- Age: 5



### Comparable 3
9628 SCRUB JAY COURT
- Prox. to Subject: 2.22 miles W
- Sales Price: 265,000
- Gross Living Area: 3,223
- Total Rooms: 9
- Total Bedrooms: 5
- Total Bathrooms: 3
- Location: SIMILAR
- View: RESIDENTIAL
- Site: 6,534 SF
- Quality: FRAME/AVG
- Age: 4



| | | |
|---|---|---|
| Borrower/Client | PEARSON | |
| Property Address | 7917 SALLY IRENE CT | |
| City | LAS VEGAS | County CLARK | State NV | Zip Code 89113-1759 |
| Lender | JAYSON PEARSON | |

## Comparable Photo Page



### Comparable 4
| | |
|---|---|
| 7944 W PATRICK LANE | |
| Prox. to Subject | 0.08 miles SW |
| Sales Price | 259,000 |
| Gross Living Area | 3,105 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3 |
| Location | SIMILAR |
| View | RESIDENTIAL |
| Site | 7,220 SF |
| Quality | FRAME/AVG |
| Age | 7 |



### Comparable 5
| | |
|---|---|
| 6072 SPRING RANCH PKWY | |
| Prox. to Subject | 1.97 miles E |
| Sales Price | 249,990 |
| Gross Living Area | 2,949 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | SIMILAR |
| View | RESIDENTIAL |
| Site | 7,514 SF SF |
| Quality | FRAME/AVG |
| Age | 12 |



### Comparable 6
Prox. to Subject
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

# STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

\* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 7917 SALLY IRENE CT, LAS VEGAS, NV 89113-1759

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: *[signature]* | Signature: |
| Name: EDWARD PARRIS | Name: |
| Date Signed: August 14, 2009 | Date Signed: |
| State Certification #: A.0000325 | State Certification #: |
| or State License #: | or State License #: |
| State: NV | State: |
| Expiration Date of Certification or License: JUNE 30, 2011 | Expiration Date of Certification or License: |
| | ☐ Did   ☐ Did Not Inspect Property |

Form ACR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 0470809EPI Page #14

# License

| | | | | |
|---|---|---|---|---|
| Borrower/Client | PEARSON | | | |
| Property Address | 7917 SALLY IRENE CT | | | |
| City | LAS VEGAS | County CLARK | State NV | Zip Code 89113-1759 |
| Lender | JAYSON PEARSON | | | |

## APPRAISER CERTIFICATE

### STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY
### REAL ESTATE DIVISION

**NOT TRANSFERABLE**

This is to Certify That: EDWARD F PARRIS

Certificate Number: A.0000325-CR

Is duly authorized to act as a CERTIFIED RESIDENTIAL APPRAISER from the issue date to the expiration date at the business address stated herein, unless the certificate is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: June 30, 2009                                 Expire Date: June 30, 2011

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statutes, has caused this Certificate to be issued with its Seal placed thereon. This certificate must be conspicuously displayed in place of business.

FOR:
EDWARD PARRIS
1624 BLUESTONE DRIVE
LAS VEGAS, NV 89108

GAIL J. ANDERSON
Administrator

REAL ESTATE DIVISION

Appraisers of Las Vegas

********** INVOICE **********

08/14/2009

File Number: L090KQW

NPDC
International Plaza II
Dallas, TX, 75254

Borrower :     Eric Mehlberg

Invoice # :              09-399
Order Date :           08/10/2009
Reference/Case # :   0310809KW
PO Number :

Vendor # TR042512X

205 Carson Way
Las Vegas, NV, 89015-7006

1004 Full Appraisal + REO addendum                    $       350.00

Terms:

Invoice Total                                          $       350.00
State Sales Tax @                                      ($        0.00)
Deposit                                                ($            )
Deposit                                                ($            )

Amount Due                                             $       350.00

Please Make Check Payable To:
Appraisers of Las Vegas
800 N. Rainbow Blvd., Ste 148
Las Vegas, NV 89107

Fed. I.D. #:

Thank you for your business

0310809KW
File No. L090KQW